IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROGER HAVENS**                                                                      **PLAINTIFF**

**v.**                                                                                     **No. 3:19CV225-RP**

**TALLAHATCHIE COUNTY SHERIFF'S DEPT.**
**SHERIFF WILLIAM L. BREWER**
**DEPUTY SHERIFF TIMOTHY COLE**
**DEPUTY SHERIFF BENJI MCKINNEY**
**MELINDA MORGAN (SHERIFF'S FRIEND)**
**STEVE SIMMONS**
**PETE GRIFFEN**                                                                       **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by defendant Deputy Timothy Cole for summary judgment is **GRANTED**, and judgment is entered in favor of Deupty Cole in all respects.

**SO ORDERED**, this, the 28th day of October, 2021.

                                                    /s/ Roy Percy
                                                    UNITED STATES MAGISTRATE JUDGE