IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROGER HAVENS**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 3:19CV225-RP

**TALLAHATCHIE COUNTY SHERIFF'S DEPT.**
**SHERIFF WILLIAM L. BREWER**
**DEPUTY SHERIFF TIMOTHY COLE**
**DEPUTY SHERIFF BENJI MCKINNEY**
**MELINDA MORGAN (SHERIFF'S FRIEND)**
**STEVE SIMMONS**
**PETE GRIFFEN**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day:

(1)  The motion [41] by defendant Deputy Griffen for summary judgment is **GRANTED**;

(2)  Judgment is **ENTERED** in his favor, and

(3)  The instant case is **DISMISSED** with prejudice.

**SO ORDERED**, this, the 29th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　　/s/   Roy Percy
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE