IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROGER HAVENS**                                                     **PLAINTIFF**

v.                                                                   No. 3:19CV225-RP

**TALLAHATCHIE COUNTY SHERIFF'S DEPT.**
**SHERIFF WILLIAM L. BREWER**
**DEPUTY SHERIFF TIMOTHY COLE**
**DEPUTY SHERIFF BENJI MCKINNEY**
**MELINDA MORGAN (SHERIFF'S FRIEND)**
**STEVE SIMMONS**
**PETE GRIFFEN**                                      **DEFENDANTS**

**ORDER *DISMISSING* PLAINTIFF'S MOTION [48] TO EXTEND**
**DEADLINES AS MOOT**

This matter comes before the court on the motion [48] by the plaintiff to extend deadlines in this case. As this case has been dismissed and closed, the instant motion [48] is **DISMISSED**.

**SO ORDERED**, this, the 11th day of May, 2022.

                                                             /s/ Roy Percy
                                                             UNITED STATES MAGISTRATE JUDGE